**S. Harvey Klein, Trustee in Bankruptcy for Patrick H. Blake, Plaintiff-Appellee, v. Rudy S. Hans, Defendant-Appellant.**

Gen. No. 11,325. ▮▮▮▮▮▮▮▮▮▮

Second District, First Division.

June 20, 1960.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

John P. Burita, of St. Charles, and Kenneth G. Meyer, of Des Plaines, for appellant; Raymond L. Jones and John R. Rogers, of Elgin, for appellee. Opinion by PRESIDING JUSTICE McNEAL. **Not to be published in full.**